Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
ARISTA RECORDS LLC; WARNER BROS.
RECORDS INC.; UMG RECORDINGS, INC.;
VIRGIN RECORDS AMERICA, INC.; and SONY
BMG MUSIC ENTERTAINMENT

RECEIVED
SEP 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
OCT - 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ARISTA RECORDS LLC, a Delaware limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,
          Plaintiffs,

v.

JOHN DOE,
          Defendant.

CASE NO. 807-04880 JF HRL

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY

#32359 v1

1  Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery,
2  the Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3  ORDERED that Plaintiffs may serve immediate discovery on California State Univ -
4  Monterey Bay to obtain the identity of Defendant John Doe ("Defendant") by serving a Rule 45
5  subpoena that seeks documents that identify Defendant, including the name, current (and permanent)
6  address and telephone number, e-mail address, and Media Access Control addresses for Defendant.
7  The disclosure of this information is ORDERED PURSUANT TO ~~consistent with California State Univ - Monterey Bay's~~
8  ~~obligations under~~ 20 U.S.C. 1232g(b)(2)(B).
9
10  IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in
11  response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting
12  Plaintiffs' rights under the Copyright Act.

DATED: 10/3/07

By: _____
United States ~~District Judge~~ Magistrate

HOWARD R. LLOYD

#32359 v1