Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
ARISTA RECORDS LLC; WARNER BROS.
RECORDS INC.; UMG RECORDINGS, INC.;
VIRGIN RECORDS AMERICA, INC.; and SONY
BMG MUSIC ENTERTAINMENT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>    Plaintiffs,<br><br> v.<br><br>JOHN DOE,<br>    Defendant. | CASE NO. C 07-04880 JF<br><br>**Honorable Jeremy Fogel**<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

1 | Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs ARISTA RECORDS LLC, *et al.*, by
2 | and through their attorneys, voluntarily dismiss without prejudice their copyright infringement
3 | claims against Defendant John Doe, also identified as ID #126282001 with IP address
4 | 207.62.135.234 2007-04-21 08:38:47 EDT, each party to bear its/his own fees and costs.  The Clerk
5 | of Court is respectfully requested to close this case.

Dated:  January 29, 2008         HOLME ROBERTS & OWEN LLP

By:  _____*/s/ Matthew Franklin Jaksa*__
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
ARISTA RECORDS LLC; WARNER
BROS. RECORDS INC.; UMG
RECORDINGS, INC.; VIRGIN
RECORDS AMERICA, INC.; and SONY
BMG MUSIC ENTERTAINMENT

1

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. C 07-04880 JF
#35151 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California.  I am over the age of eighteen years and not a party to the within action.  My business address is 560 Mission Street, 25th Floor, San Francisco, CA  94105.

On January 29, 2008, I served the foregoing documents described as:

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**Sandra Lopez (McKee)**
**P.O. Box 455**
**Marina, CA 93933**

☒     BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒     (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 29, 2008 at San Francisco, California.

*Della Grant*
_____
Della Grant

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. C 07-04880 JF
#35151 v1